MAXINE V. STURZENEGGER, APPELLANT, V. ERNEST L.
STURZENEGGER, APPELLEE.
366 N.W.2d 757

Filed May 3, 1985.   No. 84-012.

Joseph J. Cariotto, for appellant.

Susan Jacobs of Healey, Brown, Wieland, Kluender, Atwood & Jacobs, for appellee.

KRIVOSHA, C.J., BOSLAUGH, WHITE, HASTINGS, CAPORALE, SHANAHAN, and GRANT, JJ.

PER CURIAM.
The instant appeal involves a domestic relations matter.

The court, having reviewed the record in this case de novo, agrees with the result reached by the trial court. The judgment is affirmed.

AFFIRMED.